UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YI REN,

  Plaintiff,

v.

UNITED STATES DEPARTMENT OF
STATE, *et a*l.,

  Defendants.

Case No.  2:26-cv-01342-DWC

ORDER FOR PARTIES' STIPULATED
MOTION TO EXTEND BRIEFING
SCHEDULE

Noted for Consideration:
July 8, 2026

Upon consideration of the Parties' Stipulated Motion to Extend Briefing Schedule (Dkt. # 10) and finding good cause, it is therefore:

(1) ORDERED that the time for Plaintiff to file their responsive pleading to Defendants' Motion to Dismiss is extended through and including July 24, 2026; and

(2) ORDERED that the time for Defendants to file their reply is extended through and including August 7, 2026.

Dated: July 8, 2026.

John H. Chun
United States District Judge

1